UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AARON EDWARD PRATT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CIV. NO.   2:16-1018 WBS<br>CR.  NO.   2:01-0152 WBS<br><br>ORDER |

----oo0oo----

On May 12, 2016, petitioner Aaron Edward Pratt filed a motion pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motions no later than June 20, 2016.  Petitioner may then file a reply no later than July 5, 2016.  The court will then take the motions under submission and will inform the parties if oral argument or further proceedings

1

1  are necessary.
2          IT IS SO ORDERED.
3  Dated:  May 19, 2016

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE