UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

AARON EDWARD PRATT,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CIV. NO. 2:16-1018 WBS
CR. NO. 2:01-0152 WBS

ORDER

----oo0oo----

On June 1, 2016, the Ninth Circuit held that petitioner Aaron Edward Pratt was authorized to file a successive motion pursuant to 28 U.S.C. § 2255 and that he makes a prima facie showing under Johnson v. United States, 135 S.Ct. 2551 (2015). (Docket No. 41.) The Ninth Circuit indicated that this court could proceed with the § 2255 motion filed on May 12, 2016 or

stay proceedings until the Ninth Circuit decided cases addressing the issue raised in Pratt's motion. (Id.)

The court therefore STAYS this action until the Ninth Circuit decides 15-72559, Gardner v. United States, and 15-73302, Jacob v. United States and vacates the briefing schedule on Pratt's § 2255 motion. Within ten days of the Ninth Circuit issuing its decision in those cases, the Government shall file a status report proposing a briefing schedule for Pratt's § 2255 motion.

IT IS SO ORDERED.

Dated: June 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE