UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AARON EDWARD PRATT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CIV. NO.  2:16-1018 WBS<br>CR.  NO.  2:01-0152 WBS<br><br>ORDER |

----oo0oo----

　　　　IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 35) is referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).

　　　　IT IS SO ORDERED.

Dated:  July 13, 2016

　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1