HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
AARON EDWARD PRATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos. 2:01-cr-0152 WBS AC |
|---|---|
| Respondent-Plaintiff, | )             2:16-cv-1018 WBS AC |
| v. | ) **ORDER** |
| AARON EDWARD PRATT, | ) |
| Movant-Defendant. | ) |

The court entered its Order of June 6, 2016 (Docket No. 42) pursuant to the suggestion of the Court of Appeals in this matter (Docket No. 41).  Because the parties now request that this court ignore that suggestion and set aside its previous order, IT IS HEREBY ORDERED that the Court's June 2, 2016 Order staying the case (ECF No. 42) is **VACATED**.

**IT IS FURTHER ORDERED** that the Government shall have 60 days to file a response to Petitioner's motion (ECF No. 35.)  From the date of the Government's filing, Movant-Defendant shall have 30 days to file a reply.

Dated:  September 2, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-