PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE 2:01-CR-00152 WBS AC P |
|---|---|
| Plaintiff/Respondent, | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE |
| v. | DATE: N/A |
| AARON E. PRATT, | TIME: N/A |
| Defendant/Petitioner. | COURT: Hon. Allison Claire |

Plaintiff United States, through its attorney, Assistant U.S. Attorney Ross K. Naughton, and Defendant/Petitioner Aaron E. Pratt, through his attorney, Ann. C. McClintock, hereby stipulate to amend the previously ordered briefing schedule (see ECF No. 47) as follows: the government's Opposition shall be filed no later than December 7, 2016; and an optional Reply shall be filed no later than January 6, 2017.

Respectfully submitted,

Dated: November 1, 2016

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ *Ross K. Naughton*
ROSS K. NAUGHTON
Assistant U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: November 1, 2016

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Ann C. McClintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender
Attorney for Defendant/Petitioner
AARON E. PRATT

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the previously ordered briefing schedule (see ECF No. 47) is hereby AMENDED as follows: the government's Opposition shall be filed no later than December 7, 2016; and an optional Reply shall be filed no later than January 6, 2017.

SO ORDERED.

DATED: November 1, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE