UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:01-cr-00152 WBS AC P |
| Plaintiff-Respondent, | **STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE** |
| v. | |
| AARON EDWARD PRATT, | |
| Defendant-Movant. | |

Plaintiff-Respondent United States, through its attorney, Assistant U.S. Attorney Ross K. Naughton, and Defendant-Movant Aaron E. Pratt, through his attorney, Assistant Federal Defender Ann. C. M<sup>c</sup>Clintock, hereby stipulate and request to amend the previously ordered briefing schedule (ECF No. 49) as follows:  Mr. Pratt's optional Reply to the Government's Opposition to Mr. Pratt's motion under 28 U.S.C. § 2255 shall be filed no later than January 10, 2017.

Dated:  January 5, 2017                                     HEATHER E. WILLIAMS
                                                                              Federal Defender


                                                                              */s/ Ann C. M<sup>c</sup>Clintock*
                                                                              ANN C. M<sup>c</sup>CLINTOCK
                                                                              Assistant Federal Defender
                                                                              Attorney for Defendant-Movant
                                                                              AARON EDWARD PRATT

Dated:  January 5, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Ross K. Naughton*
Ross K. Naughton
Assistant United States Attorney
Attorney for Plaintiff-Respondent
UNITED STATES OF AMERICA

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the previously ordered briefing schedule (ECF No. 49) is hereby AMENDED as follows:  Mr. Pratt's optional Reply to the Government's Opposition to Mr. Pratt's motion under 28 U.S.C. § 2255 shall be filed no later than January 10, 2017.

IT IS SO ORDERED.

DATED: January 5, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE