IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent-Plaintiff,<br><br>          v.<br><br>AARON EDWARD PRATT,<br><br>                    Movant-Defendant. | Case Nos.  2:01-cr-0152 WBS AC<br>                     2:16-cv-1018 WBS AC<br><br>~~PROPOSED~~ ORDER |

For good cause shown, Movant's unopposed request for leave to file a corrected reply brief, see ECF No. 55, is HEREBY GRANTED.  The Clerk of Court is directed to separately file the proposed corrected reply (currently at ECF No. 55-2) and designate it "Corrected Reply," and to indicate on the docket that Movant's original reply (ECF No. 54) is to be disregarded.

SO ORDERED.

DATED: February 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE