UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:01-cr-00152 WBS AC P |
| Plaintiff/Respondent, | |
| v. | ORDER |
| AARON EDWARD PRATT, | |
| Defendant/Movant. | |

Movant Aaron Edward Pratt is a federal prisoner who, with the assistance of the Office of the Federal Public Defender, has filed an authorized successive motion pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his 2000 sentence pursuant to the Supreme Court's decision in Johnson v. United States, 576 U.S. ___ , 135 S. Ct. 2551 (June 26, 2015).  Review of the parties' briefs indicates that the Supreme Court's subsequent decision in Beckles v. United States, ___ U.S. ___, 137 S. Ct. 886 (Mar. 6, 2017) may be relevant to the court's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant shall, within 30 days after the filing date of this order, file and serve a supplemental brief addressing the impact, if any, of the Supreme Court's decision in Beckles, supra, on the merits of his motion pursuant to 28 U.S.C. § 2255; and

1

2. Respondent shall, within 21 days after service of movant's supplemental brief, file and serve a supplemental response addressing the same matter.

DATED: March 30, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE