UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AARON EDWARD PRATT, | No. 2:92-CR-205 WBS |
| Petitioner, | No. 2:01-CR-118 WBS |
| v. | No. 2:01-CR-152 WBS AC |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

----oo0oo----

On May 7, 2019, defendant Aaron Edward Pratt filed a Petition for Habeas Corpus Relief Pursuant to 28 U.S.C. § 2241, as well as a Request to Expedite Decision. (Docket Nos. 64, 65 in Case No. 2:01-cr-152 WBS AC.) The court previously referred defendant's petition under 28 U.S.C. § 2255 to a magistrate judge, and that petition is currently pending before Magistrate Judge Allison Claire. (Docket Nos. 35, 43 in Case No. 2:01-cr-152 WBS AC.) In light of that prior referral, defendant's Petition for Habeas Corpus Relief under 28 U.S.C. § 2241 and defendant's Request to Expedite Decision are hereby REFERRED to

1

Judge Claire for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Dated: May 10, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE