UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>AARON EDWARD PRATT,<br><br>　　　　Defendant/Movant. | Case No. 2:01-cr-00152 WBS AC P<br><br><br>ORDER |

Movant Aaron Edward Pratt, through appointed counsel, seeks a sentencing reduction under the First Step Act. ECF No. 64. The district judge has referred the matter to the undersigned. ECF No. 68. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent shall, within 14 days of the date of this order, file a brief in opposition (or statement of non-opposition) to the Motion to Reduce Sentence, ECF No. 64; and
2. Movant may file a reply memorandum within 7 days thereafter.

DATED: June 3, 2019

　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE