UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>AARON EDWARD PRATT,<br><br>Movant. | Nos. 2:01-cr-0152 WBS AC<br><br>2:16-cv-1018 WBS AC<br><br><u>ORDER</u> |

Movant, a federal prisoner, brings a challenge under 28 U.S.C. § 2255 to his pre-<u>Booker</u> Guidelines sentence. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 13, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations. The magistrate judge relied on <u>United States v. Blackstone</u>, 903 F.3d 1020, 1028 (9th Cir. 2018), for her conclusion that <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015), does not apply retroactively on collateral review of the mandatory Sentencing Guidelines. In objection to the Findings and Recommendations, movant contends that <u>Blackstone</u> has been abrogated by the U.S. Supreme Court's recent decision in <u>United States v. Davis</u>, 588 U.S. __, 2019 U.S. LEXIS 4210 (June 24, 2019). Davis held that the residual clause

1

of 18 USC § 942(c) is void for vagueness under Johnson. The Davis opinion says nothing, however, about retroactive application of its holding to pre-Booker applications of the Sentencing Guidelines. Accordingly, the objection is overruled.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 13, 2019, are adopted in full;

2. The motion to vacate, set aside, or correct movant's sentence pursuant to 28 U.S.C. § 2255 (ECF No. 35) is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-1018 WBS AC, and to enter judgment.

Dated: July 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/prat0152.805.vac