UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>  v.<br><br>AARON EDWARD PRATT,<br><br>    Defendant/Petitioner. | Nos. 2:19-cv-1508 WBS AC;<br><br>       2:01-cr-0152 WBS AC<br><br>ORDER |
|---|---|

Petitioner, a federal prisoner proceeding through his attorney, seeks relief under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2019, the magistrate judge filed findings and recommendations[1] herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 74. Neither party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

---

[1] After petitioner filed his Section 2241 motion in criminal Case No. 2:01-cr-0152 WBS AC, the Clerk of Court designated petitioner's motion as a civil matter and opened the instant civil case, Case No. 2:19-cv-1508 WBS AC. Thus, although the magistrate judge's findings and recommendations reflect Case No. 2:01-cr-0152 WBS AC, they are construed as filed in the instant civil case.

1

court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2019, are adopted in full;

2. The §2241 petition, ECF No. 64, is DENIED.

3. The Clerk of Court is directed to close the instant civil case, Case No. 2:19-cv-1508 WBS AC.

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: August 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Prat1508.805.vac